## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
## Eastern Division

Nathan L Henderson

                        Plaintiff,

v.                                                             Case No.: 1:11–cv–07549
                                                                 Honorable Virginia M. Kendall

The American Bottling Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 26, 2012:

      MINUTE entry before Honorable Virginia M. Kendall:Pursuant to stipulation and FRCP 41(a)(1)(A)(ii), this case is hereby dismissed with prejudice. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.